# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**SHANE TOMS,**

      **Petitioner,**

**v.**

**WAYNE PHILLIPS, Warden,**

      **Respondent.**

**CIVIL ACTION NO. 1:07CV174**
**(JUDGE KEELEY)**

## ORDER

The Respondent having moved the Court, pursuant to the E-Government Act of 2002, to file unredacted document under seal herein, more specifically, Attachment B to Exhibit 1 of Respondent's *Memorandum in Support of Motion to Dismiss as Moot*, and having lodged the same with the Clerk of this Court in a sealed envelope, pending a ruling thereon by the Court, and it appearing to the Court that good cause and sufficient grounds exist for the Respondent's Motion, it is accordingly

**ORDERED** that Attachment B to Exhibit 1 of Respondent's *Memorandum in Support of Motion to Dismiss as Moot*, currently lodged with the Clerk of this Court, be filed under seal by the Clerk to be retained by the Court as part of the record herein.

DATED: February 1, 2008

                                                    UNITED STATES MAGISTRATE JUDGE